JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 05-7773-PSG (OP)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the Recommendation of the United States Magistrate Judge and adopting the same as the facts and conclusions of law herein,

///
///
///

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action without prejudice.

DATED: 3/12/08

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge